David A. Birdsell
Chapter 7 Panel Trustee
216 North Center
Mesa, Arizona 85201
Telephone: (480) 644-1080
Facsimile: (480) 644-1082
Email: dab@azbktrustee.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| HELSEL, KENNETH L. | ) Case No. 2:18-bk-11413-BMW |
| | ) |
| | ) **MOTION FOR TURNOVER OF** |
| Debtor(s). | ) **BANKRUPTCY ESTATE PROPERTY,** |
| | ) **PURSUANT TO 11 U.S.C. § 542** |
| | ) |
| | ) |

The Chapter 7 trustee, David A. Birdsell ("Trustee"), hereby submits this motion for an order directing the Debtor, KENNETH L. HELSEL (the "Debtor") to turnover bankruptcy estate property, pursuant to 11 U.S.C § 542 and Bankruptcy Rule 7001. The Debtor has failed to provide turnover of the following ("non-exempt property"):

1) 2008 Ford Taurus  (listed to have a value of $1,250)
2) Nascar Collection  (listed to have a value of $1,300)
3) Collector signed jersey & photos  (listed to have a value of $250)
4) Baseball equipment  (listed to have a value of $150)
5) Mechanic tools  (listed to have a value of $25000 with an exemption of $4500)
6) Garden tools  (listed to have a value of $100)

This Motion is supported by the accompanying Memorandum of Points and Authorities and the entire record before the Court, all of which are incorporated herein by this reference.

## MEMORANDUM OF POINTS AND AUTHORITIES

## BACKGROUND

1. The Debtor filed his voluntary chapter 7 bankruptcy petition on January 29, 2019 (the "Petition Date").

2. Mr. Birdsell is the duly appointed trustee of the Debtor's bankruptcy case.

3. The Debtor is obligated to turnover all non-exempt assets to the Trustee upon the filing of his case.

4. Despite repeated requests, the Debtor has refused to provide turnover his non-exempt assets.

## PROPERTY OF THE ESTATE; TURNOVER OBLIGATIONS

1. On the Petition Date, pursuant to 11 U.S.C. §541, all property of the Debtor became property of the bankruptcy estate.

2. Pursuant to 11 U.S.C. § 521, the Debtor has an obligation to cooperate with the Trustee so that the Trustee is able to perform his duties and to surrender all property of the estate to the Trustee. 11 U.S.C. § 521(a)(3) and (4).

3. The Debtor is obligated to provide turnover of his non-exempt assets to the Trustee.

4. The Trustee has sent correspondence to the Debtor for turnover of his non-exempt assets.

5. The Debtor has not turned over his non-exempt assets.

6. The Debtor has not complied with the Trustee's turnover demand.

## **CONCLUSION**

WHEREFORE, the Trustee respectfully requests this Court enter its Order:

A. Directing the Debtor to immediately turnover to the Trustee his non-exempt assets;

B. For such other and further relief this Court deems just and proper under the circumstances of this case.

Respectfully submitted this 27th day of May 2019.

DAVID A. BIRDSELL, Chapter 7 Trustee

/s/ David A. Birdsell

Copy of the foregoing *e-mailed/mailed
This 27th day of May 2019, to:

*Larry Watson
United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

**KENNETH LEONARD HELSEL**
1670 E. DAISY COURT
CASA GRANDE, AZ 85122

**EDWINUS M. VAN VIANEN**
FITZGIBBONS LAW OFFICES, PLC
1115 E. COTTONWOOD LANE, STE. 150
PO BOX 11208
CASA GRANDE, AZ 85222

/s/ David A. Birdsell