David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| HELSEL, KENNETH L. | ) Case No. 2:18-bk-11413-BMW |
| | ) |
| Debtor(s) | ) CERTIFICATE OF MAILING |
| | ) NOTICE OF BAR DATE ON TRUSTEE'S |
| | ) MOTION FOR TURNOVER OF |
| | ) BANKRUPTCY ESTATE PROPERTY |
| | ) PURSUANT TO 11 U.S.C. Sec. 542 AND |
| | ) TRUSTEE'S MOTION THEREON |

David A. Birdsell, Trustee, hereby certifies to the Court that on this day, he delivered by First Class Mail the attached Notice of Bar Date on the Trustee's Motion for Turnover of Bankruptcy Estate Property Pursuant to 11 U.S.C. Section 542 and the Trustee's Motion for Turnover to the Debtor(s) listed below and their Attorney (if applicable):

Debtor(s):

**KENNETH LEONARD HELSEL**

1670 E. DAISY COURT

CASA GRANDE, AZ 85122

Debtors' Attorney:

**EDWINUS M. VAN VIANEN**
FITZGIBBONS LAW OFFICES, PLC
1115 E. COTTONWOOD LANE, STE. 150
PO BOX 11208
CASA GRANDE, AZ 85222

| | |
|---|---|
| 5/27/2019 | /s/ David A. Birdsell |
| Date | David A. Birdsell, Trustee |

# File a Motion:

<u>4:18-bk-11413-BMW KENNETH LEONARD HELSEL</u> Converted 01/29/2019
Type: bk     Chapter: 7 v     Office: 4 (Tucson)
Assets: n     Judge: BMW

## U.S. Bankruptcy Court
## District of Arizona

Notice of Electronic Filing

The following transaction was received from DAVID A. BIRDSELL entered on 5/27/2019 at 2:02 PM AZ and filed on 5/27/2019
**Case Name:**     KENNETH LEONARD HELSEL
**Case Number:**     <u>4:18-bk-11413-BMW</u>
**Document Number:** <u>44</u>

**Docket Text:**
Trustee Motion for Turnover *of Bankruptcy Estate Property, Pursuant to 11 U.S.C. Sec. 542* filed by DAVID A. BIRDSELL on behalf of DAVID A. BIRDSELL. (BIRDSELL, DAVID)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** TRUSTEES MOTION FOR TURNOVER OF NON-EXEMPT ASSETS - HELSEL.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=5/27/2019] [FileNumber=43742401-0
] [8fee62f92a87c6ef343c1e0a28637d82d76366d6c6415ec2723ecd7a9f0fc5c91ca
b4e0baeba2ead339d55910babcd81831ebae482f9fc039f77d93195a557f2]]

**4:18-bk-11413-BMW Notice will be electronically mailed to:**

DAVID A. BIRDSELL
ecf@azbktrustee.com, dbirdsell@ecf.epiqsystems.com,az15@ecfcbis.com

DAVID A. BIRDSELL on behalf of Trustee DAVID A. BIRDSELL
ecf@azbktrustee.com, dbirdsell@ecf.epiqsystems.com,az15@ecfcbis.com

DIANNE 1 KERNS on behalf of Trustee DIANNE C. KERNS
mail@dcktrustee.com, ecf@dcktrustee.com,dckerns@dcktrustee.com

JASON 1 SHERMAN on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
ECFNotices@logs.com, sherron@logs.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

EDWINUS M. VAN VIANEN on behalf of Debtor KENNETH LEONARD HELSEL
ed@fitzgibbonslaw.com

**4:18-bk-11413-BMW Notice will not be electronically mailed to:**

BMW Bank of North America, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

David A. Birdsell
Chapter 7 Panel Trustee
216 North Center
Mesa, Arizona 85201
Telephone: (480) 644-1080
Facsimile: (480) 644-1082
Email: dab@azbktrustee.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HELSEL, KENNETH L.<br><br>Debtor(s). | Chapter 7<br><br>Case No. 2:18-bk-11413-BMW<br><br>**MOTION FOR TURNOVER OF BANKRUPTCY ESTATE PROPERTY, PURSUANT TO 11 U.S.C. § 542** |

The Chapter 7 trustee, David A. Birdsell ("Trustee"), hereby submits this motion for an order directing the Debtor, KENNETH L. HELSEL (the "Debtor") to turnover bankruptcy estate property, pursuant to 11 U.S.C § 542 and Bankruptcy Rule 7001. The Debtor has failed to provide turnover of the following ("non-exempt property"):

1) 2008 Ford Taurus         (listed to have a value of $1,250)
2) Nascar Collection         (listed to have a value of $1,300)
3) Collector signed jersey & photos   (listed to have a value of $250)
4) Baseball equipment       (listed to have a value of $150)
5) Mechanic tools            (listed to have a value of $25000 with an exemption of $4500)
6) Garden tools              (listed to have a value of $100)

This Motion is supported by the accompanying Memorandum of Points and Authorities and the entire record before the Court, all of which are incorporated herein by this reference.

# MEMORANDUM OF POINTS AND AUTHORITIES

## BACKGROUND

1. The Debtor filed his voluntary chapter 7 bankruptcy petition on January 29, 2019 (the "Petition Date").

2. Mr. Birdsell is the duly appointed trustee of the Debtor's bankruptcy case.

3. The Debtor is obligated to turnover all non-exempt assets to the Trustee upon the filing of his case.

4. Despite repeated requests, the Debtor has refused to provide turnover his non-exempt assets.

## PROPERTY OF THE ESTATE; TURNOVER OBLIGATIONS

1. On the Petition Date, pursuant to 11 U.S.C. §541, all property of the Debtor became property of the bankruptcy estate.

2. Pursuant to 11 U.S.C. § 521, the Debtor has an obligation to cooperate with the Trustee so that the Trustee is able to perform his duties and to surrender all property of the estate to the Trustee. 11 U.S.C. § 521(a)(3) and (4).

3. The Debtor is obligated to provide turnover of his non-exempt assets to the Trustee.

4. The Trustee has sent correspondence to the Debtor for turnover of his non-exempt assets.

5. The Debtor has not turned over his non-exempt assets.

6. The Debtor has not complied with the Trustee's turnover demand.

## CONCLUSION

WHEREFORE, the Trustee respectfully requests this Court enter its Order:

A. Directing the Debtor to immediately turnover to the Trustee his non-exempt assets;

B. For such other and further relief this Court deems just and proper under the circumstances of this case.

Respectfully submitted this 27th day of May 2019.

           DAVID A. BIRDSELL, Chapter 7 Trustee

           /s/ David A. Birdsell

Copy of the foregoing *e-mailed/mailed
This 27th day of May 2019, to:

*Larry Watson
United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

**KENNETH LEONARD HELSEL**
1670 E. DAISY COURT
CASA GRANDE, AZ 85122

**EDWINUS M. VAN VIANEN**
FITZGIBBONS LAW OFFICES, PLC
1115 E. COTTONWOOD LANE, STE. 150
PO BOX 11208
CASA GRANDE, AZ 85222

/s/ David A. Birdsell

Case 4:18-bk-11413-BMW   Doc 46   Filed 05/27/19   Entered 05/27/19 14:05:31   Desc
Main Document   Page 5 of 8

3

**Trustee Filing:**

4:18-bk-11413-BMW KENNETH LEONARD HELSEL Converted 01/29/2019

Type: bk     Chapter: 7 v     Office: 4 (Tucson)
Assets: n     Judge: BMW

## U.S. Bankruptcy Court
### District of Arizona

Notice of Electronic Filing

The following transaction was received from DAVID A. BIRDSELL entered on 5/27/2019 at 2:03 PM AZ and filed on 5/27/2019
**Case Name:** KENNETH LEONARD HELSEL
**Case Number:** 4:18-bk-11413-BMW
**Document Number:** 45

**Docket Text:**
Trustee Notice *of Bar Date on Trustee's Motion for Turnover of Bankruptcy Estate Property, Pursuant to 11 U.S.C. Sec. 542* filed by DAVID A. BIRDSELL on behalf of DAVID A. BIRDSELL (related document(s)[44] Motion for Turnover).(BIRDSELL, DAVID)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** TRUSTEES NOTICE OF BAR DATE ON TRUSTEES MOTION FOR TURNOVER OF DEBTOR DOCS - HELSEL.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=5/27/2019] [FileNumber=43742404-0
] [66ab6d6d22af095baf5f1d54ec1eda69bca4eb3b55d58219a87b3ebe57824115dfb
103fe30b218fce080cddbbb94d7e7e55f77c3529f3eca7d5b5e53753cb6e9]]

**4:18-bk-11413-BMW Notice will be electronically mailed to:**

DAVID A. BIRDSELL
ecf@azbktrustee.com, dbirdsell@ecf.epiqsystems.com,az15@ecfcbis.com

DAVID A. BIRDSELL on behalf of Trustee DAVID A. BIRDSELL
ecf@azbktrustee.com, dbirdsell@ecf.epiqsystems.com,az15@ecfcbis.com

DIANNE 1 KERNS on behalf of Trustee DIANNE C. KERNS
mail@dcktrustee.com, ecf@dcktrustee.com,dckerns@dcktrustee.com

JASON I SHERMAN on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
ECFNotices@logs.com, sherron@logs.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

EDWINUS M. VAN VIANEN on behalf of Debtor KENNETH LEONARD HELSEL
ed@fitzgibbonslaw.com

**4:18-bk-11413-BMW Notice will not be electronically mailed to:**

BMW Bank of North America, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

David A. Birdsell
Chapter 7 Panel Trustee
216 North Center
Mesa, Arizona 85201
Telephone: (480) 644-1080
Facsimile: (480) 644-1082
Email: dab@azbktrustee.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| HELSEL, KENNETH L. | ) Case No. 2:18-bk-11413-BMW |
| | ) |
| Debtor(s). | ) NOTICE OF BAR DATE ON TRUSTEE'S |
| | ) MOTION FOR TURNOVER OF |
| | ) BANKRUPTCY ESTATE PROPERTY, |
| | ) PURSUANT TO 11 U.S.C. § 542 |
| | ) |

NOTICE IS HEREBY GIVEN that the Chapter 7 trustee, David A. Birdsell ("Trustee"), has filed a *Motion for Turnover of Bankruptcy Estate Property, Pursuant to 11 U.S.C § 542* ("Motion") for an order directing the Debtor, KENNETH L. HELSEL (the "Debtor") to turn over the following ("non-exempt assets") to the Trustee:

1) 2008 Ford Taurus         (listed to have a value of $1,250)
2) Nascar Collection        (listed to have a value of $1,300)
3) Collector signed jersey & photos  (listed to have a value of $250)
4) Baseball equipment       (listed to have a value of $150)
5) Mechanic tools           (listed to have a value of $25000 with an exemption of $4500)
6) Garden tools             (listed to have a value of $100)

The Debtor is obligated to cooperate with the Trustee and turnover documents necessary for the Trustee to investigate possible property of the bankruptcy estate. Despite repeated written demands, the Debtor has not turned his debtor documents.

In summary, the Trustee requests the Court enter an order directing the Debtor to turn-over his debtor documents to the Trustee, pursuant to 11 U.S.C. § 542 and Bankruptcy Rule 7001. For further information please review the Motion on file with the Bankruptcy Court.

Any party wishing to object to the Motion shall do so in writing by filing such an objection with the clerk of the Bankruptcy Court at 230 North First Avenue, Phoenix, Arizona 85003, and serving a copy of such objection on the Trustee at 216 Center St., Mesa, Arizona 85201. If an objection is timely filed and served, a hearing will be scheduled and the objecting party will be notified as such. If no timely objections are filed within twenty-one (21) days of this notice, the Court may issue an order approving the Motion without a hearing.

Respectfully submitted this 27th day of May 2019.

DAVID A. BIRDSELL, Chapter 7 Trustee

/s/ David A. Birdsell

Copy of the foregoing *e-mailed/mailed
this 27th day of May 2019, to:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

KENNETH LEONARD HELSEL
1670 E. DAISY COURT
CASA GRANDE, AZ 85122

EDWINUS M. VAN VIANEN
FITZGIBBONS LAW OFFICES, PLC
1115 E. COTTONWOOD LANE, STE. 150
PO BOX 11208
CASA GRANDE, AZ 85222

/s/ David A. Birdsell